Michael Machat, Esq. SB#109475
MACHAT & ASSOCIATES, P.C.
8730 W. Sunset Blvd., Suite 250
West Hollywood, California 90069
Telephone: (310) 860-1833
Email: michael@machatlaw.com

David A. Randall (SBN 156722)
dave@hdmnlaw.com
Ehab Samuel (SBN 228296)
esamuel@hdmnlaw.com
HACKLER DAGHIGHIAN MARTINO & NOVAK P.C.
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333
Fax: (310) 887-1334

Attorneys for Plaintiff
Vampire Family Brands, LLC

[*Additional Counsel on Signature Block*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAMPIRE FAMILY BRANDS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY ET AL.,<br><br>Defendants. | CASE NO. 2:20-CV-10878<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff VAMPIRE FAMILY BRANDS, LLC and Defendant THE HERSHEY COMPANY, having reached a mutually satisfactory resolution of the matter, hereby stipulate and agree, through their respective undersigned counsel, that the above-captioned action be and hereby is dismissed with prejudice, and without costs and disbursements or attorneys' fees to any party.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | Dated: April 13, 2021 | /s/Michael Machat |
| | | Michael Machat, SB#109475 |
| | | MACHAT & ASSOCIATES, P.C. |
| | | 8730 W. Sunset Blvd., Suite 250 |
| | | West Hollywood, California 90069 |
| | | Telephone: (310) 860-1833 |
| | | Email: michael@machatlaw.com |
| | | |
| | | David A. Randall (SBN 156722) |
| | | dave@hdmnlaw.com |
| | | Ehab Samuel (SBN 228296) |
| | | esamuel@hdmnlaw.com |
| | | HACKLER DAGHIGHIAN MARTINO & NOVAK P.C. |
| | | 10900 Wilshire Blvd., Suite 300 |
| | | Los Angeles, CA 90024 |
| | | Tel.: (310) 887-1333 |
| | | Fax: (310) 887-1334 |
| | | |
| | | ATTORNEYS FOR PLAINTIFF |

Respectfully submitted,

Dated: April 13, 2021    /s/Oscar Ramallo

Oscar Ramallo, SB#241487
ARNOLD & PORTER KAYE SCHOLER LLP
oscar.ramallo@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
FACSIMILE: (213) 243-4199

ATTORNEYS FOR DEFENDANT

**STIPULATED DISMISSAL WITH PREJUDICE**

**LOCAL RULE 5-4.3.4(a)(2)(i) ATTESTATION**

I, Michael Machat, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

   /s/Michael Machat
Michael Machat

---

3
**STIPULATED DISMISSAL WITH PREJUDICE**