AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __CENTRAL DISTRICT OF CALIFORNIA__ on the following

☒ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:20-cv-10878 | DATE FILED<br>11/30/2020 | U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
|---|---|---|
| PLAINTIFF<br>Vampire Family Brands, LLC | | DEFENDANT<br>THE HERSHEY COMPANY and<br>DOES 1 - 20, inclusive |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2263907 | 7/27/1999 | Vampire Family Brands, LLC |
| 2 | 3319536 | 10/23/2007 | Vampire Family Brands, LLC |
| 3 | 3082097 | 4/18/2006 | Vampire Family Brands, LLC |
| 4 | 3669827 | 8/18/2009 | Vampire Family Brands, LLC |
| 5 | 4776927 | 7/21/2015 | Vampire Family Brands, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☒ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3895288 | 12/21/2010 | Vampire Family Brands, LLC |
| 2 | 3978444 | 6/14/2011 | Vampire Family Brands, LLC |
| 3 | 3290011 | 9/11/2007 | Vampire Family Brands, LLC |
| 4 | 4939034 | 4/19/2016 | Vampire Family Brands, LLC |
| 5 | 3167606 | 11/7/2006 | Vampire Family Brands, LLC |

6. 3079403    4/11/2006    Vampire Family Brands, LLC

| DECISION/JUDGEMENT | In the above—entitled case, the following decision has been rendered or judgement issued: |
|---|---|
| | 4/13/2021  ORDER OF DISMISSAL |

| CLERK<br>Kiry Gray | (BY) DEPUTY CLERK<br>L Chai | DATE<br>4/14/2021 |
|---|---|---|

X

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| VAMPIRE FAMILY BRANDS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE HERSHEY COMPANY ET AL.,<br><br>Defendants. | Case № 2:20-CV-10878-ODW (GJSx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

April 13, 2021

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**